# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Imagevision.Net, Inc.   v.   Internet Payment Exchange, Inc.

No. 16-1400

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:  Imagevision.Net, Inc.

Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Chad S.C. Stover |
| Law Firm: | Barnes & Thornburg LLP |
| Address: | 1000 N. West Street, Suite 1500 |
| City, State and Zip: | Wilmington, DE 19801 |
| Telephone: | 302-300-3474 |
| Fax #: | 302-300-3456 |
| E-mail address: | chad.stover@btlaw.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/11

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 1/19/2016    Signature of pro se or counsel  /s/ Chad S.C. Stover

cc:  Gerard M. O'Rourke, Esq.

Reset Fields

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   January 19, 2016
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Chad S.C. Stover | /s/ Chad S.C. Stover |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Barnes & Thornburg LLP |
| Address | 1000 N. West Street, Suite 1500 |
| City, State, Zip | Wilmington, DE 19801 |
| Telephone Number | (302) 300-3474 |
| Fax Number | (302) 300-3456 |
| E-Mail Address | Chad.stover@btlaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields